UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05-CR-253-RJC-DCK |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| GRICELDA TAX CRUZ | ) | |

This matter having come before the Court on the Motion to Dismiss filed by the United States of America, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the Motion of the United States is **GRANTED** and the Indictment filed on June 27, 2005 is dismissed without prejudice.

Signed: September 2, 2011

David C. Keesler
United States Magistrate Judge